IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

RYAN R. KING PLAINTIFF

v. Civil No. 6:26-cv-06086

A. FORTANELLI and
JANE DOE (also known as Christine) DEFENDANTS

**ORDER**

Before the Court is the Report and Recommendation filed September 30, 2026, by the Honorable Spencer G. Singleton, United States Magistrate Judge for the Western District of Arkansas. ECF No. 8. Judge Singleton recommends that this case be dismissed without prejudice for failure to comply with a Court order and failure to prosecute this case. *See* Fed. R. Civ. P. 41(b) and Local Rule 5.5(c)(2). Judge Singleton recommends that the Court deny Plaintiff Ryan King's Motion for Leave to Appeal *in forma pauperis*. ECF No. 2. No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1)(C). The Court finds the matter ripe for consideration.

On June 23, 2026, King filed this case pursuant to 42 U.S.C. § 1983, alleging constitutional violations that occurred while he was incarcerated in the Garland County Detention Center. ECF No. 1. In addition to filing the case, King filed a Motion for Leave to Proceed *in forma pauperis*. ECF No. 2. That same day, the Court entered an Order provisionally filing the case and directing Plaintiff to submit a completed in forma pauperis ("IFP") application. ECF No. 4. Judge Singleton advised that failure to submit the IFP application by July 14, 2026, would subject his case to

dismissal. ECF No. 4. The same Order also advised King that he must inform the Court of any address change within 30 days of any such change, or his case would be subject to dismissal. This Order was not returned as undeliverable. After King failed to submit a completed IFP application, the Court entered a Show Cause Order directing him to respond by August 14, 2026. ECF No. 6. This Order was returned as undeliverable on August 10, 2026. ECF No. 7. The deadline for King to submit his new address was set for September 9, 2026.

On September 30, 2026, Judge Singleton filed the instant Report and Recommendation. ECF No. 8. Judge Singleton recommends that this case be dismissed without prejudice for failure to comply with a Court order and failure to prosecute this case. *See* Fed. R. Civ. P. 41(b) and Local Rule 5.5(c)(2). Judge Singleton recommends that Plaintiff's motion for leave to appeal *in forma pauperis* be denied. ECF No. 2.

The Court finds no clear error warranting a departure from the Report and Recommendation. *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996). Therefore, the Court adopts the Report and Recommendation *in toto*. Plaintiff's Motion for Leave to Appeal *In Forma Pauperis* (ECF No. 2) is hereby **DENIED**. This Order is a final, appealable order, as it dismisses all claims in this case. Plaintiff must pay the entire appellate filing fee up front in order to proceed with his appeal. Plaintiff also has the option to renew his motion for leave to appeal *in forma pauperis* with the Court of Appeals for the Eighth Circuit. Fed. R. App. P. 24(a).

**IT IS SO ORDERED**, this 22nd day of October, 2026.

/s/ Susan O. Hickey
Susan O. Hickey
Senior United States District Judge